IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | )  CRIMINAL ACTION 1:22-00127-KD-MU |
| | ) |
| THERESA DEL PLATO HARRIGAN, | ) |
|    Defendant. | ) |

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 24) and without any objection having been filed by the parties, Defendant Theresa Del Plato Harrigan's plea of guilty to **COUNT ONE** of the Indictment (charging a violation of Title 18, United States Code, Section 2314, Interstate Transportation of Stolen Property) is now accepted, and the Defendant is adjudged guilty of such offense.

The sentencing hearing is scheduled for **January 20, 2023** at **10:00 a.m.,** in Courtroom 4B of the United States Courthouse, 155 Saint Joseph St., Mobile, Alabama, 36602.

**DONE** and **ORDERED** this the **18th** day of **November 2022.**

        /s/ Kristi K. DuBose
        **KRISTI K. DuBOSE**
        **UNITED STATES DISTRICT JUDGE**